■ In the Matter of RICHARD ABREU, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [8 NYS3d 610]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of respondent Superintendent of Cape Vincent Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determinations confirmed. No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the determinations are confirmed, without costs, and petition dismissed.